IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA ANN SNELSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN | : | |
| *ACTING COMMISSIONER OF* | : | NO. 2:13-cv-6695 |
| *SOCIAL SECURITY* | : | |

O R D E R

AND NOW, this day 6th day of October 2015, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the briefs filed by the parties, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Motion for Summary Judgment is GRANTED insofar as Plaintiff requests a remand;

3. Plaintiff's Request for Review is GRANTED; and

4. This matter is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.